UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER L. KOWALEWSKI,

    Plaintiff                                   Civil Action No. 15-13325

v.                                              HON. R. STEVEN WHALEN
                                                U.S. Magistrate Judge

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**JUDGMENT**

Pursuant to the Opinion and Order in this case, JUDGMENT IS ENTERED in favor of Plaintiff and against Defendant. The case is remanded under the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as set forth in the Opinion and Order.

                                                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2017

## CERTIFICATE OF SERVICE

      I hereby certify on March 14, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                            s/Carolyn Ciesla
                                            Case Manager to
                                            Magistrate Judge R. Steven Whalen